UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PABLO ALEJANDRO ZAMORA MEJIA,

        Plaintiff,

v.

        Case No.: 2:25-cv-00981-SPC-NPM

KRISTI NOEM *et al.*,

        Defendants,

## OPINION AND ORDER

Before the Court is Pablo Alejandro Zamora Mejia's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and for Immediate Release (Doc. 1). The petition asserts Zamora Mejia's immigration detention was unlawful because he has temporary protected status ("TPS") through November 7, 2025. The Court agrees. Yesterday, the Court entered a temporary restraining order, directing the respondents to release Zamora Mejia from custody and enjoining them from detaining Zamora Mejia while he has TPS. (Doc. 16). The respondents complied, and Zamora Mejia is no longer in custody. (*See* Docs. 17 and 18).

"As a general rule, a habeas petition presents a live case or controversy only when a petitioner is in custody." *Djadju v. Vega*, 32 F.4th 1102, 1106 (11th Cir. 2022) (quoting *Salmeron-Salmeron v. Spivey*, 926 F.3d 1283, 1289 (11th

Cir. 2019)). A habeas action may continue after the petitioner's release from custody only if the petitioner establishes "that his case still presents a live 'case or controversy' by demonstrating that a collateral consequence of his imprisonment persists after his release." *Id.* at 1107. "The fundamental question is whether events have occurred that deprive [the Court] of the ability to give the [petitioner] meaningful relief." *Id.*

Zamora Mejia is no longer in custody, and his petition alleges no persisting collateral consequences. The Court cannot grant any additional meaningful relief. Accordingly, this action is **dismissed as moot**. The Clerk is **directed** to terminate any pending deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on November 5, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1